UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
:
UNITED STATES OF AMERICA, *ex rel.* :
MICHAEL HOFFMAN, *et al.*, :
:
                           Plaintiffs, :    21-CV-1346 (VSB)
:
           -against- :    **ORDER**
:
CDL NUCLEAR TECHNOLOGIES, INC. *et* :
*al.*, :
:
                        Defendants. :
:
--------------------------------------------------------- X

**VERNON S. BRODERICK, United States District Judge:**

       The Clerk of Court is respectfully directed to unseal the docket, including the caption, the complaint, my order of May 28, 2024, the Government's Notice of Election to Decline Intervention, and the States' Notice of Decision to Decline Intervention. All other documents in this case shall remain under seal. The Clerk of Court is further directed to close this case.

SO ORDERED.

Dated: July 9, 2024
       New York, New York

                                                                   Vernon S. Broderick
                                                                   United States District Judge