UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA; the States of NEW YORK, NEW JERSEY, TEXAS, VIRGINIA, ILLINOIS, and CONNECTICUT; *ex rel.*, MICHAEL HOFFMAN AND SERGIO SOKOL, <br><br> Plaintiffs and Relators, <br><br> vs. <br><br> CDL NUCLEAR TECHNOLOGIES, INC.; CARDIONAVIX, LLC; BRENDON LOISELLE; and RONALD MOROSKO, <br><br> Defendants. | 21 Civ. 01346 (VSB) <br><br> <u>**UNDER SEAL**</u> |

## ORDER

The United States of America (the "Government") and the co-plaintiff States, having now declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and analogous state False Claims Acts, with respect to the claims raised in the Complaint filed by relators in the above-captioned action;

IT IS ORDERED THAT:

1.      The Complaint shall be unsealed thirty days after entry of this Order; and, in the event that relators have not moved to dismiss this action, service upon the defendants by relators is authorized as of that date.  If relators voluntarily dismiss the Complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty-day period, relators may seek to modify this Order with the consent of the United States and the States or by motion on notice to the United States and the States.

2.      All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public except for, thirty days after entry of this Order, the Complaint,

this Order, and the Government's Notice of Election to Decline Intervention and the States'
Notice of Decision to Decline Intervention.  Relators will serve upon the defendants this Order
and these Notices only after service of the Complaint.

      3.     Upon the unsealing of the Complaint, the seal shall be lifted as to all matters
occurring in this action subsequent to the date of this Order.

      4.     The parties shall serve all pleadings, motions, and notices of appeal filed in this
matter, including supporting memoranda, upon the Government and the States.  The Government
and the States may order any transcripts of depositions.  The Government and the States may
seek to intervene with respect to the allegations in relators' Complaint, for good cause, at any
time or seek dismissal of this action after intervention.

      5.     All further orders of this Court in this matter shall be sent to the Government and
the States by relators.

      6.     Should relators propose that this action or any of its allegations be dismissed,
settled or otherwise discontinued, or that any defendant be dismissed from the case, relators must
solicit the written consent of the Government and the States before applying for Court approval.

      SO ORDERED:

Dated: New York, New York
      May 28, 2024

_____
HON. VERNON S. BRODERICK
United States District Judge